NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. TROPP,**
*Plaintiff-Appellee,*

v.

**CONAIR CORPORATION, L.C. INDUSTRIES, LLC, MASTER LOCK COMPANY LLC, SAMSONITE CORPORATION, TRAVELPRO INTERNATIONAL INC.,** AND **TRG ACCESSORIES, LLC,**
*Defendants-Appellants,*

AND

**BRIGGS & RILEY TRAVELWARE LLC,**
*Defendant-Appellant,*

AND

**EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC., BROOKSTONE COMPANY, INC.,** AND **BROOKSTONE STORES, INC.,**
*Defendants-Appellants,*

AND

**DELSEY LUGGAGE INC.,**
*Defendant-Appellant,*

AND

**EBAGS, INC.,**
*Defendant-Appellant,*

AND

**MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,**
*Defendant-Appellant,*

AND

**TUMI, INC.,**
*Defendant-Appellant,*

AND

**WORDLOCK, INC.,**
*Defendant-Appellant,*

AND

**OUTPAC DESIGNS INC., HP MARKETING CORP. LTD.,** AND **TITAN LUGGAGE USA,**
*Defendants.*

---

2012-1337

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Judge Eric N. Vitaliano.

---

**O R D E R**

The court notes that the parties have not filed a status report.

The court's July 13, 2012 order directed the parties to inform the court within 14 days of the final disposition of appeal nos. 2011-1023, -1367 and how they believe this appeal should proceed.

Upon consideration thereof,

3                           DAVID TROPP V. CONAIR CORPORATION

IT IS ORDERED THAT:

The parties are directed to file a status report within 14 days of the date of filing of this order.

          FOR THE COURT


           /s/ Jan Horbaly
          Jan Horbaly
          Clerk

s21