

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA  02210-2028

(617) 946-4800

fax (617) 946-4801

www.seyfarth.com

Writer's direct phone
(617) 946-4902

Writer's e-mail
wprickett@seyfarth.com

February 21, 2013

Clerk's Office
U.S. Court of Appeals
for the Federal Circuit
717 Madison Place, N.W.
Washington D.C.  20439

      Re:    *David Tropp v. Conair Corp. et al.*, Case No. 12-1337

Dear Sir/Madam:

      We write on behalf of the Appellants and, with his authorization, the Appellee, per the Court's February 7, 2013 Order requesting a status report from the parties.  (Appellee's counsel has reviewed this letter report and has asked to join in it.)

      This appeal (the "*Conair* Fee Appeal") concerns the district court's denial of Appellants' Motion for Attorneys' Fees and Costs Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927.  This appeal is related to the appeal involving the same parties, *David Tropp v. Conair Corp., et al.*, Fed. Cir. Case No. 2011-1583 (the "*Conair* Merits Appeal"), which was decided on November 15, 2012.

      Both this appeal and the *Conair* Merits Appeal are also impacted by an earlier appeal, *Travel Sentry, Inc. v. David A. Tropp*, Fed. Cir. Case Nos. 2011-1023, 1367 (the "*Travel Sentry* Appeal"), in which the similar merits appeal and attorneys fee appeal were consolidated.  The *Travel Sentry* appeal sought review of the district court's finding of non-infringement of the same Tropp patents at issue here, as well as the similar denial of the accused infringer, Travel Sentry's, motion for fees and costs.  Due to the overlapping factual and legal issues in the *Conair* Fee and Merits Appeals and the *Travel Sentry* Appeal,[1] this case was stayed on July 13, 2012, pending this Court's decision in the *Travel Sentry* Appeal.

---

[1] Specifically, the district court in the *Conair* case entered judgment of non-infringement of the Tropp patents, on collateral estoppel grounds, due to its finding of non-infringement of the same patents in the *Travel Sentry* case.  The district court also denied the Defendants' motion for attorney's fees in *Conair* on the same grounds as the denial of fees in the *Travel Sentry* case.

LONDON  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA



Clerk's Office
U.S. Court of Appeals
for the Federal Circuit
February 21, 2013
Page 2

The *Travel Sentry* Appeal was decided on November 5, 2012. This Court, under the recent *en banc* decision in *Akamai Techs. Co. v. Limelight Networks, Inc.*, 692 F.3d 1301 (Fed. Cir. 2012), reversed the district court's summary judgment of non-infringement in favor of Travel Sentry. This Court agreed that the district court correctly determined that there could be no direct infringement, but that it failed to consider indirect infringement - specifically inducement. As a result, the district court decisions at issue in that appeal, including the denial of Travel Sentry's attorneys' fees motion, were vacated and the case was remanded.

The *Conair* Merits Appeal was decided shortly thereafter, on November 15, 2012. In that decision, based on the result in the *Travel Sentry* Appeal, this Court vacated the district court's collateral estoppel decision and remanded the case. Given this Court's disposition on the merits in the *Conair* Merits Appeal, it is appropriate for the attorneys' fees decision at issue in this *Conair* Fee Appeal to be vacated as well. *See Raytheon Co. v. Indigo Sys. Corp.*, No. 2011-1245, 2012 WL 3104602, at *1 n.1 (Fed. Cir. Aug. 1, 2012).

Accordingly, the Appellants and the Appellee respectfully submit that further pursuit of the *Conair* Fee Appeal, including briefing and oral argument, is not necessary, and that the district court decision on Appellants' attorneys' fees should be vacated for the same reasons as in *Travel Sentry* (Case No. 2011-1367).

Very truly yours,

SEYFARTH SHAW LLP

William L. Prickett

WLP

cc:   All counsel of record