NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DAVID A. TROPP,**
*Plaintiff-Appellee,*

v.

**CONAIR CORPORATION, L.C. INDUSTRIES, LLC, MASTER LOCK COMPANY LLC, SAMSONITE CORPORATION, TRAVELPRO INTERNATIONAL INC., AND TRG ACCESSORIES, LLC,**
*Defendants-Appellants,*

AND

**BRIGGS & RILEY TRAVELWARE LLC,**
*Defendant-Appellant,*

AND

**EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC., BROOKSTONE COMPANY, INC., AND BROOKSTONE STORES, INC.,**
*Defendants-Appellants,*

AND

**DELSEY LUGGAGE INC.,**
*Defendant-Appellant,*

AND

**EBAGS, INC.,**
*Defendant-Appellant,*

AND

2                      DAVID TROPP v. CONAIR CORPORATION

## MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,
*Defendant-Appellant,*

AND

## TUMI, INC.,
*Defendant-Appellant,*

AND

## WORDLOCK, INC.,
*Defendant-Appellant,*

AND

## OUTPAC DESIGNS INC., HP MARKETING CORP. LTD., AND TITAN LUGGAGE USA,
*Defendants.*

————————————

2012-1337

————————————

Appeal from the United States District Court for the Eastern District of New York in No. 08-CV-4446, Judge Eric N. Vitaliano.

————————————

**ON MOTION**

————————————

Before DYK, PROST and O'MALLEY, *Circuit Judges.*

PROST, *Circuit Judge.*

### O R D E R

The parties jointly submit a letter, which this court construes as a motion to vacate the district court's denial of the appellants' motion for attorneys' fees.

DAVID TROPP v. CONAIR CORPORATION                                    3

This appeal of a denial of attorneys' fees, along with the underlying merits appeal, *David Tropp v. Conair Corp.*, No. 2011-1583, ("Merits Appeal"), was stayed pending this court's decision in *Travel Sentry, Inc. v. David Tropp*, Nos. 2011-1023, -1367. Shortly after this court's decision in *Travel Sentry*, the court decided the Merits Appeal, vacating and remanding the district court's judgment. Accordingly, vacatur of the district court's denial of attorneys' fees is also warranted. *See Raytheon Co. v. Indigo Systems Corp.*, 688 F.3d 1311, 1313 n.1 (Fed. Cir. 2012).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to vacate is granted.

(2)  All parties shall bear their own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25